IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Linda K. Thompson, | : | |
| Plaintiff | : | Civil Action 2:06-cv-00461 |
| v. | : | Judge Sargus |
| Long Term Disability Income Plan, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

## ORDER

Plaintiff's August 13, 2007 motion to withdraw her August 3, 2007 motion for sanctions (doc. 17) is GRANTED. The August 3, 2007 motion for sanctions (doc. 16) is deemed withdrawn.

                                                 /s/ Edmund A. Sargus, Jr.   8-14-2007
                                                 Edmund A. Sargus, Jr.
                                                 United States District Judge